## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Selene Finance, LP** | **CIVIL ACTION NO: 2:22-cv-00209-JAW** |
| **Plaintiff** | **CONSENT JUDGMENT OF FORECLOSURE AND SALE** |
| vs. | RE:<br>1 Western Avenue, Sanford, ME 04073 |
| **Benjamin P. Campo, Esq., Special Administrator of the Estate of Terrence M. Curtis** | Mortgage:<br>April 10, 2008<br>Book 15394, Page 0130 |
| **Defendant** | |

Now comes the Plaintiff, Selene Finance, LP, and the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Terrence M. Curtis, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

. If the Defendant or his/her heirs or assigns pay Selene Finance, LP ("Selene") the amount adjudged due and owing ($353,299.44) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, Selene shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---:|
| Principal Balance | $160,303.98 |
| Interest | $109,594.83 |
| Late Fees | $738.92 |
| Escrow Advance | $43,589.91 |
| Corporate Advance Balance | $39,071.80 |
| Grand Total | $353,299.44 |

1. If the Defendant or his/her heirs or assigns do not pay Selene the amount adjudged due and owing ($353,299.44) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Sanford Property shall terminate, and Selene shall conduct a public sale of the Sanford Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $353,299.44 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324.  Selene may not seek a deficiency judgment against the pursuant to the Plaintiff's waiver of deficiency.

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $353,299.44.

4. Selene Finance, LP has first priority, in the amount of $353,299.44, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

5. The prejudgment interest rate is 6.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is .15%, *see* 14 U.S.C. § 1961.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  PARTIES  |  COUNSEL  |

| | | |
|---|---|---|
| PLAINTIFF | Selene Finance, LP<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, Esq.,<br>Special Administrator of the<br>Estate of Terrence M. Curtis<br>90 Bridge Street, Suite 100<br>Westbrook, ME 04092 | Pro Se |

a) The docket number of this case is No. 2:22-cv-00209-JAW.

b) The Defendant, the only parties to these proceedings besides Selene, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 1 Western Avenue, Sanford, ME 04073, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 1 Western Avenue, Sanford, ME 04073. The Mortgage was executed by Terrence M. Curtis on April 10, 2008. The book and page number of the Mortgage in the York County Registry of Deeds is Book 15394, Page 0130.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 1 Western Avenue, Sanford, ME 04073.

Dated: __August 18__, 2022        /s/ Reneau J. Longoria
                                                       Reneau J. Longoria, Esq. Bar No. 005746
                                                       Attorney for Plaintiff
                                                       Doonan, Graves & Longoria, LLC
                                                       100 Cummings Center, Suite 303C
                                                       Beverly, MA 01915
                                                       (978) 921-2670
                                                       RJL@dgandl.com

Dated: __August 10__, 2022        /s/ Benjamin P. Campo, Jr.
                                                       Benjamin P. Campo, Esq., Special Administrator
                                                       of the Estate of Terrence M. Curtis
                                                       90 Bridge Street, Suite 100
                                                       Westbrook, ME 04092

**SO ORDERED**

**DATED THIS 19th DAY OF AUGUST, 2022**    /s/ John A. Woodcock, Jr.
                                                                           **JOHN A. WOODCOCK, JR.**
                                                                           **U.S. DISTRICT JUDGE**